PLATINUM PRODUCTS CORPORATION et al., Respondents, *v.* RICHARD E. BERTHOLD et al., Defendants, and SAMUEL J. NOVICK, Appellant.

Argued April 12, 1939; decided May 16, 1939.

*I. Maurice Wormser, Maurice Iserman* and *Joseph Goldberg* for appellant.

*Joseph Lorenz* and *Abraham M. Lowenthal* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.